917 So.2d 305 (2005)
Jody R. YOUNG, Appellant,
v.
Melinda J. TAUBMAN, Appellee.
No. 4D05-1205.
District Court of Appeal of Florida, Fourth District.
December 21, 2005.
Jody R. Young, Wellington, pro se.
Jeffrey P. Wasserman of Shapiro, Blasi, Wasserman & Gora, P.A., Boca Raton, for appellee.
PER CURIAM.
Affirmed. See Mettler v. Mettler, 569 So.2d 496 (Fla. 4th DCA 1990).
POLEN, MAY, JJ., and ROTHSCHILD, RONALD J., Associate Judge, concur.